1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| EMILY MATIS, an individual,<br><br>                    Plaintiff,<br><br>        v.<br><br>RES-CARE CALIFORNIA, INC., which will do business in California as RCCA SERVICES, a Delaware Corporation; and Does 1 through 100 inclusive,<br><br>                    Defendants. | Case No. 2:21-cv-00310-TLN-JDP<br><br>**ORDER GRANTING JOINT STIPULATION TO ARBITRATE CLAIMS AND DISMISS LAWSUIT**<br><br>Complaint filed: December 29, 2020 |

        Plaintiff Emily Matis and Defendant Res-Care California, Inc. (collectively, the "Parties") have filed a Joint Stipulation to Arbitrate Claims and Dismiss Lawsuit ("Stipulation").   Pursuant to the Stipulation, and for **GOOD CAUSE** shown, the Stipulation is **GRANTED**.   All clams shall be submitted to binding, non-judicial arbitration pursuant to the Parties' agreement and this case is dismissed without prejudice.


DATED:  April 14, 2021

_____
Troy L. Nunley
United States District Judge